UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SCOTT FENDLEY and JOEL FINCHER,<br><br>      Plaintiffs,<br><br>  v.<br><br>BADGER DAYLIGHTING CORP.,<br><br>      Defendant. | CIVIL ACTION NO.<br><br>2:19-CV-200-RWS |

## ORDER

This case is before the Court on Defendant's Motion to Transfer [Doc. No. 8]. In their response thereto, Plaintiffs state that they do not oppose a transfer [Doc. No. 23]. As such, Defendant's Motion to Transfer [Doc. No. 8] is GRANTED, and this case is hereby TRANSFERRED to the United States District Court for the Southern District of Indiana pursuant to 28 U.S.C. § 1404(a).

The Court notes that Defendant has requested attorney's fees. Defendant contends that it is entitled to fees based upon a provision in Plaintiffs' non-competition agreements stating that Badger "shall be entitled to recover from Employee all reasonable attorney's fees and costs incurred by the Corporation in enforcing this Agreement" [Doc. Nos. 8-1 and 8-2, § 7]. The Court finds that

improper venue selection does not constitute a breach of contract sufficient for an award of fees under the Agreements. Defendant's request for an award of attorney's fees is DENIED.

**SO ORDERED** this 13TH day of November, 2019.

_____
RICHARD W. STORY
United States District Judge